SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FANGLING LIN, | ) |
|     Plaintiff, | ) Case No. 06-7262-WHA |
| v. | ) |
| ALBERTO R. GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) **STIPULATION TO DISMISS;** ) **AND [PROPOSED] ORDER** |
|     Defendants. | ) |

    The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to ask the Federal Bureau of Investigation to expedite the processing of its name check of the plaintiff and because there is a reasonable possibility this case may be resolved within the next three months.

STIPULATION TO DISMISS
C06-7262-WHA                                   1

DATED: February 28, 2007 /s/
JUSTIN FOK
Attorneys for Plaintiff


SCOTT N. SCHOOLS
United States Attorney

DATED: February 28, 2007 /s/
EDWARD A. OLSEN
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ~~March~~ February 28 ___, 2007  _____
WILLIAM ALSUP
United States District Judge

STIPULATION TO DISMISS
C06-7262-WHA                                    2